

## Southeast Spanish, Inc.

Professional Document Translation Services and Worldwide Apostille Services
Main Office: Southeast Spanish, Inc., 11409 Municipal Center Dr., Box 23002, Knoxville, TN 37933
877-374-0095 (office), 877-376-2085 (cell), 877-470-1177 (fax)
**American Translators Association [ATA] Member Number: 264123, expires January 2025**
www.SeSpanish.com

March 6, 2024

To whom it may concern:

RE: Certification of Translation of the following document(s):

- Legal Documents from Puerto Rico (United States)- All Pages Stamped and Signed

### Translator's Declaration

I, Daniel N. Hickman, declare that I understand the Spanish language and the English language; that I hold advanced degrees from the University of Tennessee and Georgetown University in Modern Foreign Languages, and that I am a professional translator; and that, to the best of my knowledge and belief, the statements in the English language in the attached translation, which I have stamped and signed (Translated/Verified by Southeast Spanish, Inc.), have the same meanings as the statements in the Spanish language in the scanned and included document(s), which I have examined, stamped and signed.

According to the United States Citizenship and Immigration Services (USCIS) and the Department of Homeland Security (DHS), the preceding translation statement certifies the above referenced document. For more information, please see the following site: www.uscis.gov.

This document has not been translated by a family member, friend or business associate.

**Translation Certification Statement**

This translation was verified by the following individual:
Daniel N. Hickman, Ph.D. (on behalf of Southeast Spanish, Inc.)

_____     ___March 6, 2024___
[Signature]                                               [Date]

CERTIFICATE OF ACKNOWLEDGMENT OF NOTARY PUBLIC
This document was acknowledged before me, Caleb J. Brush, by Daniel N. Hickman.

_____     ___September 5, 2027___
(Signature of Notarial Officer)                My commission expires:

Copyright © 2007—2024 Southeast Spanish, Inc.

.

**COMMONWEALTH OF PUERTO RICO**
**FIRST INSTANCE COURT**
**JUDICIAL CENTER OF PONCE**
**SUPERIOR CHAMBER**

| | |
|---|---|
| R▨▨▨ L▨ C▨▨▨ R▨▨ **REPRESENTED BY HER PARENTS:** REINA RIVERA PACHECO AND FELIX L. CAQUIAS PACHECO **Plaintiffs** Vs. **COLLEGE BOARD PUERTO RICO & AMERICA LATINA SEGURO XYZ Defendants** | CIVIL CASE NO. PO2024CV00291 ROOM NO. MATTER: **VIOLATION OF CONSTITUTIONAL RIGHTS AND CIVIL RIGHTS, DISCRIMINATION UNDER THE ADA LAW, CANCER PATIENTS ACT AND THE DISABILITY RIGHTS ACT** |

**LAWSUIT**

**TO THE HONORABLE COURT:**

**THERE APPEARS:** the Plaintiffs, through their attorney who undersigns, and very respectfully

**STATES AND REQUESTS:**

<u>PARTIES</u>

1. The Co-Plaintiff, **R▨▨▨ L▨ C▨▨▨ R▨▨**, is a minor child, a student, totally blind, a survivor of childhood cancer and a resident of Guayanilla. Her physical address is Bo. Macana, Sector of Santoris, KM 4.3, in Guayanilla. His post address is HC04 Box 10873, Guayanilla, PR 00656. His phone: 787-487-0298, and email: rey2005cr@yahoo.com. He is represented by her parents: Reina Rivera Pacheco and Felix L. Caquias Pacheco.

2. The Co-Plaintiff, **REINA RIVERA PACHECO and FELIX L. CAQUIAS PACHECO,** are legal adults, employed, married to each other, and residents of Guayanilla. Their physical address is Bo. Macana, Sector of Santoris, KM 4.3, in Guayanilla. Their post address is HC04 Box 10873, Guayanilla, PR 00656. Their phone: 787-962-7084, and email: reina81rubia@yahoo.com. They are the biological parents of the co-plaintiff, R▨▨▨ L▨ C▨▨▨ R▨▨.

3. The co-defendants, **COLLEGE BOARD PUERTO RICO Y AMERICA LATINA,** is a non-profit organization whose mission consists of helping students achieve success at university

seSpanish.com
Southeast Spanish, Inc.
ATA # 264123
Translated/Verified by:
Dan Hickman, PhD
877-374-0095

and give them professional work opportunities. Their address is 208 Ave. Ponce de Leon, Suite 1501. San Juan, PR 00918-1017. Their phone number is 787-772-1201.

4. The co-defendant, **SEGURO XYZ,** is the company which insures College Board of Puerto Rico.

## FACTS

5. The co-Plaintiff, R███ L█ C███ R███, was born in Ponce on February 8, 2005, from the relationship between his parents, the co-plaintiffs, Reina Rivera Pacheco and Felix Luis Caquias Pacheco.

6. At approximately six months old, there was something found shining in the child's eye, for which they visited various doctors from various specialties until the child was diagnosed with bilateral retinoblastoma.

7. The Co-plaintiff was transferred to Memphis, TN, where he was treated at St. Jude's Children's Research Hospital. The treatment required the removal of his eyes so that the cancer would not progress to the rest of his body and he could win his fight against this catastrophic disease.

8. The co-plaintiff returned to Puerto Rico free of cancer, but totally blind. He began study through the public system in the country due to the economic abilities of his parents.

9. Even with all the assistance available, there were not enough resources for his condition. The co-plaintiff came to the Josefa Velez Bauza High School in the town of Penuelas.

10. On February 15, 2023, the Principal, Miguel Rodriguez, of the school, at the request of the parents, the co-plaintiff R█ L█ C█ R██, together with COMPU, established during the SAEE-08 meeting, filed a request so that when it was time for the child to take the College Board tests, it would be completed with a Braille version based on his condition. On this date, the College Board did not have any mechanism for students with total blindness, putting these students at a disadvantage when compared to other students.

seSpanish.com
Southeast
Spanish, Inc.
ATA # 264123
Translated/Verified by:

Dan Hickman, PhD
877-374-0095

11. The College Board is responsible or several important standardized exams that students take for entry into college, including the SAT, PSAT/NMSQT, PSAT 10, PSAT 8/9 and the Advanced Placement (AP) Exams. Currently, the College Board serves notable educational institutions located in eleven countries in Latin America: Bolivia, Costa Rica, Ecuador, El Salvador, Guatemala, Honduras, Mexico, Panama, Puerto Rico, The Dominican Republic and Uruguay.

12. In the same month, February 2023, the operations manager for the Department of Education, Ms. Daisy Hernandez, brought her concerns to the Secretary of Education, Eliezer Ramos Pares, that there was no braille test for the College Board and it is the duty of the Department of Education to provide all students with equal rights, so therefore, they would pay for the braille edition of the test.

13. The Operations manager met with the personnel from the College Board on 10 occasions to come to agreements on the braille version of the test, which the College Board decided they would be responsible for.

14. After several meetings and emails between the Department of Education, the College Board and the School Principal, Josefa Velez Bauza, they agreed to reasonable accommodations for the student, who would act as a note taker, reader during the test and the details of the manipulatives.

15. On November 16, 2023, the Administration of the Academic Admissions Test (PAA) of the College Board was carried out at the Josefa Velez Bauza school. Among the students there was the co-plaintiff, R████ L█ C████ R██, who completed grade 12. The student was not offered review or instructions in a system that he understands, such as braille.

16. The Department of Education, in compliance with the agreement, supplied the test to the student in a room alone together with Miguel Rodriguez (school principal), Dr. Damaris Leon (mathematics facilitator, ORE Ponce), Miriam Sanchez (school coordinator and counselor), Jiselys Torres Tirado (vision professor), Julia Garcia Galarza (College Board representative), Lillian Feliciano (mediation and assessment, ORE Ponce).

seSpanish.com
Southeast Spanish, Inc.
ATA # 264123
Translated/Verified by:
Dan Hickman, PhD
877-374-0095

17. On the day of the test, the Department of Education was not aware that adaptations were made to cover the needs of the co-plaintiff. The test did not come in a braille version, as required by the student based on their total blindness. The co-defendants, the College Board, are the only ones responsible as they own the tests that are offered to the students.

18. Braille is a tactile reading and writing system for blind people. It is also known as cecography. It was created in 1825 by Louis Braille and has been used in the United States for many years.

19. During the test, Spanish and English are used through questions and answers until the mathematics test, which must be completed in Braille. The co-plaintiff, being totally blind, can not see the mathematics graphs, so the personnel present decided to print them themselves in the braille system. All the graphs were sent through photos for approval to the manager for the College Board in this region, Lissette Ferrer, who through message stated: "Excellent work". Ms. Ferrer shared what was sent with Ana Bustillo Fernandez, Senior Director of Operations for the College Board in Puerto Rico.

20. No personnel from the College Board stopped the test or raised any red flags regarding any irregularity during the process. The co-plaintiff was in the room from 7:30 AM until 3:00 PM, until completing the test. The 6 persons present certified the integrity of the process and that it was all carried out according to procedure. The test was sent in the box together with the materials used.

21. On December 18, 2023, at 3:27 PM, all students in Puerto Rico received their College Board scores with the exception of the co-defendant, R⬛ L⬛ C⬛ R⬛ who felt sad, discriminated against and worried, because all other students had received the results while he had not.

22. On December 18, 2023, the College Board informed the school principal, Mr. Miguel Rodriguez, that the co-plaintiff's results had been withheld. During the process, there had been no irregularity reported by the College Board to the Department of Education regarding the co-plaintiff's test.

seSpanish.com
Southeast
Spanish, Inc.
ATA # 264123
Translated/Verified by:

Dan Hickman, PhD
877-374-0095

23. In January 2024, the co-plaintiffs visited the school to meet with the principal about the results of the College Board test and they were informed that they would not receive the results because their son's test was under investigation.

24. This situation caused the plaintiffs to feel discriminated against and frustrated. They started to cry when they received the news. This put a stop to the young student's plans for after graduation.

25. The family sent a letter, extrajudicially, by certified mail, which demanded that the College Board provide the results within five days and notified them that they were discriminating against a child with disabilities which is protected under state and federal law.

26. The College Board responded on January 31, 2024, notifying them that they were prepared to send the PAA results for the co-plaintiff, R█ ██ L█ C█ ██ subject to a "Waiver and Release" in which they would agree to not sue, and sign a confidentiality agreement, and agreeing to not disparage or discredit the College Board to others.

27. The co-plaintiffs, indignant at the discrimination and the "waiver and release", filed this lawsuit before this Honorable Court.

## LAWSUIT

28. The Puerto Rico Institute for Statistics, according to date generated by the US Census Bureau, estimates that persons with severe vision problems or blindness represent 6.1% of the population. This results in a total of 214,000 people with severe visual disability or partial or total blindness. **The co-defendant, the College Board, must consider this data in order to be prepared when supplying tests to students with vision issues to thus guarantee their constitutional equality.**

29. Education plays a significantly important role in the development of Puerto Rican society. Every student has the right to be provided an education free of discrimination, whether due to race, sex or social condition, color, political or religious ideas, or impediments, place of residence or other reasons. **The co-defendant, College Board, violated this right of the Plaintiffs in offering a test adapted to his condition, especially since they were aware of the case since February 2023.**

seSpanish.com
Southeast
Spanish, Inc.
ATA # 264123
Translated/Verified by:

Dan Hickman, PhD
877-374-0095

30. People with disabilities have the right to be protected from all forms of exploitation, violence and abuse, including aspects of gender, within and outside the home. Any person with disabilities has the right to respect with regard to their physical and mental integrity, just like everyone else. **The co-defendant, College Board, was negligent, irresponsible and discriminatory in not having a test ready for the co-plaintiff, who is a child with disabilities. This situation puts a blind child at a disadvantage compared to the general student population and thus this is a discriminatory act of the Defendant.**

31. Every human being has the right to live a dignified life integrated into society and to take hold of their personal autonomy. For people with disabilities, technological assistance turns out to be a tool of equality. **The co-plaintiff, College Board, did not offer the necessary tools for the test supplied to the co-plaintiff, causing his results to not be disclosed, unlike the other students of Puerto Rico. The hands are the eyes for blind children.**

32. The Constitution imposes the Government of the Commonwealth of Puerto Rico and all its departments the non-delegable responsibility to protect, promote, defend, develop and create the particular circumstances that provide equal quality of life for all Puerto Ricans. **The co-defendant, College Board, violated this constitutional right by trying to convince the plaintiffs to sign a release before delivering the results. This act was different than how they treated the general student population who received their results without any problem.**

33. All of these acts caused by the Defendant have caused damages and injuries, mental anguish for the Plaintiffs.

## APPLICABLE LAW
## CONSTITUTIONAL RIGHTS

34. Section I of Article II of the Constitution for the Commonwealth of Puerto Rico establishes that "the dignity of the human being is inviolable" and that "all human beings are equal under the law."

seSpanish.com
Southeast Spanish, Inc.
ATA # 264123
Translated/Verified by:

Dan Hickman, PhD
877-374-0095

35. The Constitution of Puerto Rico establishes the right of all persons to due process and equal protection under the law. All persons have the right to education which provides for the full development of their personality and the strengthening of respect for their fundamental rights and liberties.

## CIVIL CODE OF PUERTO RICO

36. Article 1538 of the Civil Code limits the possibility of imposing punitive damages to cases where it is proven that the act or omission constitutes a crime, or that is carried out maliciously or with serious disregard for the life, safety and property of others.

## ADA LAW IN PUERTO RICO

37. The ADA is a broad law which provides protection to the civil rights for all persons with disabilities in the United States in may various aspects in their life. Title II of the ADA prohibits discrimination by state and local governments, which includes public schools. Section 504 is more limited, providing protection of civil rights to all persons with disabilities in programs that receive federal funds, which includes the majority of public schools.

## RIGHTS OF CANCER PATIENTS

38. Law 275 of September 27, 2012, Law on Right of Cancer Patients, is a social justice for patients and survivors of our island, intended to ensure the wellbeing and protection of all patients and survivors of cancer, without regard to age, sex or social condition.

39. Children with cancer must not be discriminated against by any individual or institution of any nature, and if it occurs, they will be subject to the penalties contemplated in the Law of Rights.

## RIGHTS OF PERSONS WITH DISABILITIES

40. Law 238 of August 31, 2004, Law on Rights of Persons with Disabilities. To ensure a better quality of life for all persons with disabilities in areas of employment, education, transportation, recreation, security and housing.

seSpanish.com
Southeast
Spanish, Inc.
ATA # 264123
Translated/Verified by:

Dan Hickman, PhD
877-374-0095

41. The Commonwealth of Puerto Rico recognizes the essential principle of human equality as the guiding element of our social, legal and government system. In the framework of the principle of human equality, the state recognizes its responsibility in establishing suitable conditions which promote the enjoyment of a full life for persons with disabilities and the enjoyment of their natural, human and legal rights, free of discrimination and barriers of any kind.

**WE REQUEST:**

42. The Plaintiffs request that this Honorable Court find the co-defendants to be jointly responsible for the violation of the constitutional rights, the rights of those with disabilities, and the rights of cancer survivors, which gave rise to this lawsuit, which have caused injury and damages to the minor amounting to $350,000.

43. The Plaintiffs request that this Honorable Court find the co-defendants to be jointly responsible for the violation of the constitutional rights, the rights of those with disabilities, and the rights of cancer survivors, which gave rise to this lawsuit, which have caused injury and damages to the parents amounting to $150,000.

44. That the court impose the amount of $50,000 for legal fees, costs and expenses for this procedure.

45. That the court order the College Board to perform any kind of test that they supply in a Braille version for blind students in Puerto Rico.

46. Order the College Board to ask for public forgiveness for violating the constitutional rights and dignity of blind students in Puerto Rico.

**BASED ON THE ABOVE,** we very respectfully request that this Honorable Court **GRANT** this request and impose legal fees in favor of the Plaintiff, along with any other ruling the Court deems appropriate under the law.

**RESPECTFULLY SUBMITTED.**

In Ponce, Puerto Rico, February 3, 2024.

seSpanish.com
Southeast
Spanish, Inc.
ATA # 264123
Translated/Verified by:

Dan Hickman, PhD
877-374-0095

**AYALA CADIZ, C.S.P. LAWFIRM**
Calle Castillo No. 1
Ponce, Puerto Rico 00730-3824
Phone: (787) 842-5204 / (932) 222-8641
Email: bufeteayalacadiz@gmail.com
Website: bufeteayalacadiz@gmail.com

Signed: **ATTORNEY IVAN R. AYALA CRUZ**
RUA-TS-14656 / License no. 15909

seSpanish.com
Southeast
Spanish, Inc.
ATA # 264123
Translated/Verified by:

Dan Hickman, PhD
877-374-0095

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
CENTRO JUDICIAL DE PONCE
SALA SUPERIOR

| | |
|---|---|
| R██████ L█ C█████ R██████<br>REPRESENTADO POR SUS PADRES<br>REINA RIVERA PACHECO Y FÉLIX L.<br>CAQUIAS PACHECO<br>Demandantes<br><br>Vs.<br><br>COLLEGE BOARD PUERTO RICO &<br>AMERICA LATINA<br>SEGURO XYZ<br>Demandados | CIVIL NUM.:<br><br>SALA NÚM.:<br><br>SOBRE:<br>VIOLACIÓN DE DERECHOS<br>CONSTITUCIONALES y DERECHOS<br>CIVILES, DISCRIMEN AL AMPARO LEY<br>ADA, LEY DE LOS PACIENTES DE<br>CÁNCER Y LEY DERECHOS<br>DISCAPACITADOS |

## DEMANDA

**AL HONORABLE TRIBUNAL:**

COMPARECEN los demandantes, por conducto de su representante legal que suscribe y muy respetuosamente EXPONE Y SOLICITA:

## PARTES

1. El co-demandante, R█████ L█ C█████ R███ es menor de edad, estudiante, ciego total, sobreviviente de cáncer infantil y residente de Guayanilla. Su dirección física es Bo. Macana Sectro Santoris k.m.4.3 en Guayanilla y la postal es HC04 Box 10873, Guayanilla, P.R. 00656. Su teléfono es 787-487-0298 y el email: rey2005cr@yahoo.com. Está representado por sus padres Reina Rivera Pacheco y Félix L. Caquias Pacheco.

2. Los co-demandante, **REINA RIVERA PACHECO y FELIX L. CAQUIAS PACHECO,** son mayores de edad, empleados, casados entre sí y residente de Guayanilla. Su dirección física es Bo. Macana Sectro Santoris k.m.4.3 en Guayanilla y la postal es HC04 Box 10873, Guayanilla, P.R. 00656. Su teléfono es 787-962-7084 y el email: reina81rubia@yahoo.com. Son los padres biológicos del co-demandado R████ L█ C███ R██.

3. Los co-demandados, **COLLEGE BOARD PUERTO RICO Y AMERICA LATINA,** es una organización sin fines de lucros cuya misión consiste en conectar a los estudiantes

SeSpanish.com<br>Southeast<br>Spanish, Inc.<br>ATA # 264123<br>Translated/Verified by:<br>Dan Hickman, PhD<br>877-374-0095

PO2024CV00291 05/02/2024 10:09:34 am Entrada Núm. 1 Página 2 de 9

con el éxito en la universidad y con las oportunidades de trabajo profesional. Su dirección es 208 Ave. Ponce de León, Suite 1501, San Juan, P.R. 00918-1017. Su teléfono es 787-772-1201

4. La co-demandada, **SEGURO XYZ** es la compañía que asegura al College Board de Puerto Rico.

## HECHOS

5. El co-demandante R▓▓▓ L▓ C▓▓▓ R▓▓ nació en Ponce el 8 de febrero 2005 producto de la relación de sus padres aquí co-demandantes Reina Rivera Pacheco y Felix Luis Caquias Pacheco.

6. El niño a sus 6 meses de nacido aproximadamente se le podía ver un resplandor en su pupila razón por la cual visito varios médicos de distintas especialidades hasta que fue diagnosticado con retinoblastoma bilateral.

7. El co-demandante fue trasladado a Mephis, TN donde fue atendido en el St. Jude Children's Research Hospital. El tratamiento requirió extraer sus ojos para que su cáncer no se propagara a resto de cuerpo y ganar la batalla ante esta enfermedad catastrófica.

8. El co-demandante regreso a Puerto Rico libre de cáncer, pero ciego total donde más adelante comenzó a estudiar en el sistema público del país por la capacidad económica de sus padres.

9. Aún con todos los tropiezos ya que no contaba con muchos recursos para su condición el co-demandante llega a la Escuela Superior Josefa Vélez Bauza en el pueblo de Peñuelas.

10. El 15 de febrero de 2023 el director Miguel Rodríguez de la escuela a petición de los padres del co-demandante R▓▓▓ L▓ C▓▓▓ R▓▓ en reunión de COMPU estableció en minuta de reunión SAEE-08, hacen una petición para que al momento de que el niño le llegue su momento de hacer la prueba del College Board se haga en una versión braille por su condición. A esta fecha el College Board no contaba con ningún mecanismo para estudiantes con ceguera total poniendo los en desventaja ante los otros estudiantes.

seSpanish.com
Southeast Spanish, Inc.
ATA # 264123
Translated/Verified by:
Dan Hickman, PhD
877-374-0095

11. El College Board College Board es responsable de varios exámenes estandarizados importantes que los estudiantes de colegio hacen, incluso a SAT, PSAT/NMSQT, PSAT 10, PSAT 8/9 y exámenes Advanced Placement (AP). Actualmente, el College Board sirve a destacadas instituciones educativas localizadas en once países de América Latina: Bolivia, Costa Rica, Ecuador, El Salvador, Guatemala, Honduras, México, Panamá, Puerto Rico, República Dominicana y Uruguay.

12. En el mismo mes de febrero de 2023 la gerente de operaciones del Departamento de Educación, Sra. Daisy Hernández, llevo su preocupación al Secretario de Educación, Eliezer Ramos Pares, el que no existe una prueba en braille del College Board y es deber del Departamento de Educación proveerle a todos sus estudiantes una igualdad de derechos por lo que pagarían la edición en braille de la prueba.

13. La Gerente de Operaciones justo a personal del College Board se reunieron unas 10 ocasiones para llegar a unos acuerdos sobre la prueba en braille a lo cual el College decidió que estos se encargarían.

14. Luego de varios reuniones e emails entre Departamento de Educación, College Board y el Director de la Escuela Josefa Vélez Bauza acordaron acomodo razonable para el estudiante, quien ejercería como anotador, lector durante la prueba y los detalles de los manipulativos.

15. El 16 de noviembre 2023 se llevó a cabo la Administración de la Prueba de Admisión Académica (PAA) del College Board en la Escuela Josefa Vélez Bauza. Entre estos estudiantes estaba el aquí co-demandante R████ L█ C████ R██, quien cursa su grado 12. Al estudiante no se le ofreció repaso ni instrucciones en un sistema que este lo entienda como braille.

16. El Departamento de Educación cumpliendo con lo pactado suministro la prueba al estudiante en un salón solo en conjunto con Miguel Rodríguez (director escolar), Dra. Damaris León (facilitadora de matemáticas ORE Ponce), Lic. Miriam Sánchez (coordinadora escolar y consejera), Jiselys Torres Tirado (maestra visión), Julia García Galarza (representante College Board), Lillian Feliciano (mediación y assessment ORE Ponce)

seSpanish.com
Southeast
Spanish, Inc.
ATA # 264123
Translated/Verified by:
Dan Hickman, PhD
877-374-0095

PO2024CV00291 05/02/2024 10:09:34 am Entrada Núm. 1 Página 4 de 9

17. El día de la prueba el Departamento de Educación desconocía que adaptaciones fueron realizadas para cubrir las necesidades del co-demandante. La prueba no llego en la versión braille como requiere el estudiante por su condición de ciego total. Los co-demandados College Board son los únicos responsables pues son dueños de las pruebas que se le ofrecen a los estudiantes.

18. El braille es un sistema de lectura y escritura táctil para personas ciegas. Se conoce también como cecografía. Fue creado en 1825 por Louis Braille el cual es usado en los Estados Unidos hace muchos años.

19. Durante la prueba de español e ingles se realizo mediante preguntas y respuesta hasta la prueba de matemáticas que requirió ser manipulada en braille. El co-demandante por ser ciego total no ve las gráficas de matemáticas a lo que el personal presente de la prueba decidió imprimir las mismas en sistema braille. Todas las graficas fueron enviadas mediante fotos para su aprobación a la encargada del College Board en esta región, Lissette Ferrer quien por mensaje manifestó "excelente trabajo". La Sra. Ferrer compartió lo enviado con Ana Bustillo Fernández Directora Seniors de Operaciones del College Board en Puerto Rico.

20. Ningún personal del College Baord detuvo la prueba ni levanto bandera sobre alguna irregularidad en el proceso por lo que el co-demandante estuvo de 7:30 a 3pm en un salón hasta concluir la misma. Las 6 personas presentes certificaron de integridad del proceso y que todo se llevó a cabo según el proceso, la prueba fue enviada en la caja junto a los materiales utilizados.

21. El 18 diciembre de 2023 a las 3:27pm todos los estudiantes de Puerto Rico recibieron sus puntuaciones del College Board con excepción del co-demandante R████ L████ C████ R████ el cual se sintió triste, discriminado y preocupado porque todos recibieron los resultados, pero el no.

22. El mismo 18 de diciembre de 2023 el College Board informa al director de la escuela el Sr. Miguel Rodríguez que los resultados del co-demandante serian retenidos. En el proceso nunca hubo una irregularidad reportada del College Board al Departamento de Educación sobre la prueba del co-demandante.

seSpanish.com
Southeast Spanish, Inc.
ATA # 264123
Translated/Verified by:
Dan Hickman, PhD
877-374-0095

PO2024CV00291 05/02/2024 10:09:34 am Entrada Núm. 1 Página 5 de 9

23. En el mes de enero 2024 los demandantes se presentan a la escuela para reunirse con el director sobre los resultados del College Board y se les informa que no recibirán resultados por que la prueba de su hijo se encuentra en investigación.

24. Esta situación causa un impacto por discrimen y frustración en los demandantes quienes comenzaron a llorar al recibir la noticia que paraliza los planes del joven estudiante luego de su graduación.

25. La familia de modo extrajudicial envió una carta por correo certificado donde le concede un termino de 5 días para que se entreguen los resultados y notificándole que están discriminando contra un niño con discapacidades que es protegido por leyes estatales y federales.

26. El College Board contesto el 31 de enero 2024 notificando que estaban preparados para emitir los resultados del PAA del co-demandante R█████ L█ C███ sujeto a una "Renuncia y Liberacion" en la cual se comprometían a no demandarlos, en que seria un acuerdo confidencial, que no menospreciara o desacreditara al College Board entre otras.

27. Los demandantes indignados por el discrimen y la "Renuncia y Liberación" presentan esta causa de acción ante este Honorable Tribunal.

## CAUSA DE ACCION

28. El Instituto de Estadísticas de Puerto Rico, según datos generados por el *U.S. Census Bureau*, estiman que las personas con problemas severos de visión o ceguera representan un 6.1% de la población. Esto supone un total de 214,000 personas con discapacidad visual severa o ceguera parcial ó total. **Este dato la parte co-demandada College Board debe tener conocimiento para prepararse al momento de suministrar pruebas a estudiantes no videntes así garantizarle una igualdad constitucional.**

29. La educación juega un papel sumamente importante en el desarrollo de la sociedad puertorriqueña. Todo estudiante tiene el derecho a que se le provea una educación libre de discrimen, ya sea por raza, sexo, o condición social, color, ideas políticas o religiosas e impedimentos, lugar de residencia u otras razones. **La co-demandada College Board violo ese derecho a los demandantes en ofrecer una prueba adaptada para su condición más cuando desde febrero 2023 tenían conocimiento del caso.**

seSpanish.com
Southeast Spanish, Inc.
ATA # 264123
Translated/Verified by:
Dan Hickman, PhD
877-374-0095

30. Las personas con discapacidad tienen derecho a ser protegidas de todas las formas de explotación, violencia y abuso, incluidos los aspectos de género, dentro y fuera del hogar. Toda persona con discapacidad tiene derecho al respeto de su integridad física y mental en igualdad de condiciones con los demás. **La co-demandada College Board fue negligente, irresponsable y discriminatoria al no tener una prueba digna para el co-demandante quien es un niño con discapacidad. Esta situación pone a un niño ciego en desventaja ante la población estudiantil general siendo esto un acto discriminatorio de su parte.**

31. Todo ser humano a vivir una vida digna e integrada a la sociedad y a asirse de su autonomía personal para las personas con discapacidad, la asistencia tecnológica resulta ser una herramienta de igualdad. **La co-demandante College Board no oficio las herramientas necesarias en la prueba suministrada al co-demandante causando esto que sus resultados no sean divulgados distinto a todos los demás estudiantes de Puerto Rico. Las manos son los ojos de las personas ciegas.**

32. La Constitución impone al Gobierno del Estado Libre Asociado de Puerto Rico y todas sus dependencias la responsabilidad indelegable de proteger, promover, defender, fomentar y crear las circunstancias particulares que propendan a la igual calidad de vida de todos los puertorriqueños y las puertorriqueñas. **La co-demandada College Board incumplió con este derecho constitucional al tratar de sobornar a los demandantes con la firma de un relevo para entrgarle los resultados. Este acto es distinto a la población estudiantil general quien recibe sus resultados sin problema alguno.**

33. Todos estos actos causados por la parte demandada han causados daños y perjuicios, angustias mentales a los demandantes.

## DERECHO APLICABLE

### DERECHOS CONSTITUCIONAL

34. La Sección 1 del Artículo II de la Constitución del Estado Libre Asociado de Puerto Rico establece que "la dignidad del ser humano es inviolable" y que "todos los seres humanos son iguales ante la ley".

seSpanish.com
Southeast
Spanish, Inc.
ATA # 264123
Translated/Verified by:
Dan Hickman, PhD
877-374-0095

35. La Constitución de Puerto Rico establece el derecho que tienen las personas al debido proceso de ley y a la igual protección de las leyes. Toda persona tiene derecho a una educación que propenda al pleno desarrollo de su personalidad y al fortalecimiento del respeto de los derechos y de las libertades fundamentales.

## CÓDIGO CIVIL DE PUERTO RICO

36. El artículo 1538 del Código Civil limita la posibilidad de imponer daños punitivos a casos en que se pruebe que el acto u omisión constituye delito, o que se realiza de forma dolosa o con grave menosprecio a la vida, la seguridad y la propiedad ajena.

## LEY ADA EN PUERTO RICO

37. La ADA es una ley amplia que brinda protección de los derechos civiles a todas las personas con discapacidades en los Estados Unidos en muchos aspectos diferentes de la vida. El Título II de la ADA prohíbe la discriminación por parte de los gobiernos estatales y locales, que incluye las escuelas públicas. La Sección 504 es más limitada, la misma brinda protección de derechos civiles para todas las personas con discapacidades en programas que reciben fondos federales, que incluyen la mayoría de las escuelas públicas.

## DERECHOS DE LOS PACIENTES CON CÁNCER

38. La Ley 275 del 27 de septiembre de 2012 Carta de Derechos de Pacientes de Cáncer es una justicia social para los pacientes y sobrevivientes de nuestra isla dirigidos a asegurar el bienestar y protección de todo pacientes y sobreviviente de cáncer, sin importado edad, sexo y condición social.

39. Los niños con cáncer no serán discriminados por ninguna persona natural o institución de cualquier naturaleza, y de así ocurrir, estaría sujeta a las penalidades contempladas en esta Carta de Derechos.

## DERECHOS DE LAS PERSONAS CON IMPEDIMENTOS

40. Ley 238 de 31 de agosto de 2004, Carta de Derechos de las Personas con Impedimentos. Para garantizar una mejor calidad de vida a todas las personas con impedimentos en las áreas de empleo, educación, transportación, recreación, seguridad y vivienda.

seSpanish.com
Southeast Spanish, Inc.
ATA # 264123
Translated/Verified by:
Dan Hickman, PhD
877-374-0095

41. El Estado Libre Asociado de Puerto Rico reconoce el principio esencial de igualdad humana como elemento rector de nuestro sistema social, legal y gubernativo. En el marco del principio de igualdad humana, el Estado reconoce su responsabilidad de establecer las condiciones adecuadas que promuevan en las personas con impedimentos el goce de una vida plena y el disfrute de sus derechos naturales, humanos y legales, libre de discrimen y barreras de todo tipo.

## <u>SÚPLICA</u>

42. Los demandantes solicitan a este Honorable Tribunal que encuentre responsable solidariamente a los co-demandados por la violación de los derechos constitucionales, los derechos de las discapacitas y derechos de los sobrevivientes de cáncer que dieron inicio a la presentación de esta demanda que han causado un daños y perjuicios al menor que ascienden a **$350,000**.

43. Los demandantes solicitan a este Honorable Tribunal que encuentre responsable solidariamente a los co-demandados por la violación de los derechos constitucionales, los derechos de las discapacitas y derechos de los sobrevivientes de cáncer que dieron inicio a la presentación de esta demanda que han causado un daños y perjuicios a los padres del menor que ascienden a **$150,000**.

44. Que se imponga una cantidad de **$50,000** dólares de honorarios de abogados, costas y gastos del proceso.

45. Que se ordene a los College Board a realizar todo tipo de prueba que estos suministren una versión braille para los estudiantes no videntes en Puerto Rico.

46. Que se ordene al College Board a una disculpa publica por violar los derechos constitucionales y la dignidad de los estudiantes no videntes en Puerto Rico.

**POR TODO LO CUAL,** muy respetuosamente se solicita de este Honorable Tribunal que declare **CON LUGAR** la demanda, y se le imponga honorarios de abogado a favor del demandante con cualquier otro pronunciamiento que en Derecho proceda.

**RESPETUOSAMENTE SOMETIDO**

En Ponce, Puerto Rico, a 3 de febrero de 2024.

seSpanish.com
Southeast Spanish, Inc.
ATA # 264123
Translated/Verified by:
Dan Hickman, PhD
877-374-0095

**BUFETE AYALA CÁDIZ, C.S.P.**
Calle Castillo Núm. 1,
Ponce, Puerto Rico 00730-3824
Tel.: (787) 842-5204 / (939) 222-8641
Email: bufeteayalacadiz@gmail.com
Web: bufeteayalacadiz@gmail.com

**f/ LCDO. IVÁN R. AYALA CRUZ**
Rua-Ts-14,656 / Col. Núm. 15,909

seSpanish.com
Southeast
Spanish, Inc.
ATA # 264123
Translated/Verified by:

Dan Hickman, PhD
877-374-0095